**Order filed January 12, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00839-CV
_____

## HILDA GARCIA-MURILLO, Appellant

## V.

## VICTOR MANUEL MURILLO JUNIOR, Appellee

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-76743**

## O R D E R

No reporter's record has been filed in this case. The court reporter informed this court that appellant had not paid or made arrangements to pay for the record and was not appealing as indigent. On November 21, 2022, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, paid or made arrangements to pay the court reporter for preparing the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(c). Although appellant

subsequently filed a letter stating the reporter's record would be fully paid for shortly, on January 9, 2023, the court reporter indicated appellant still had not fully paid for the reporter's record.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the appeal is subject to dismissal without further notice.  *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.